NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7065

DAVID M. LEGAN,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3679, Judge Bruce E. Kasold.

ON MOTION

ORDER

David M. Legan moves without opposition to voluntarily withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted.  The appeal is dismissed.

(2)     Each side shall bear its own costs.

FOR THE COURT

| | |
|---|---|
| MAY 1 8 2010 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc:    David M. Legan
       Kenneth D. Woodrow, Esq.
s20

ISSUED AS A MANDATE:   MAY 1 8 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2010

JAN HORBALY
CLERK